**Electronically Filed
Supreme Court
SCWC-16-0000890
31-MAR-2022
02:45 PM
Dkt. 90 OGMR**

SCWC-16-0000890 and SCWC-17-0000216

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI
_____

PRUDENTIAL LOCATIONS, LLC,
Respondent/Plaintiff-Appellant,

vs.

LORNA GAGNON and PRESTIGE REALTY
GROUP LIMITED LIABILITY COMPANY,
Petitioners/Defendants/Cross-Claim Defendants-Appellees,

and

RE/MAX LLC and LORRAINE CLAWSON,
Respondents/Defendants/Cross-Claimants/
Third-Party Plaintiffs-Appellees,

and

KEVIN TENGAN,
Respondent/Third-Party Defendant-Appellee.
_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000890 & CAAP-17-0000216; CIV. NO. 13-1-2328)

ORDER GRANTING RESPONDENT-PLAINTIFF-APPELLANT
PRUDENTIAL LOCATIONS, LLC N/K/A/ LOCATIONS LLC'S MOTION
FOR CLARIFICATION OF THE OPINION OF THE COURT
(By: McKenna, Wilson, JJ., and Circuit Judge Morikawa)

Upon consideration of Respondent-Plaintiff-Appellant

Prudential Locations, LLC N/K/A Locations LLC's Motion for

Clarification of the Opinion of the Court, filed February 28, 2022 (the "motion"), and the attachments thereto;

IT IS HEREBY ORDERED that the motion is granted and an amended opinion changing only the final paragraph of the opinion shall issue.

DATED:  Honolulu, Hawaiʻi, March 31, 2022.

/s/  Sabrina S. McKenna

/s/  Michael D. Wilson

/s/  Trish K. Morikawa
